JULIE RANEY (SBN 176060)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendants City of Napa, Phil Brun,
and Michael O'Bryon

REY HASSAN, (SBN 50717)
HASSAN LAW FIRM
1801 Bush Street – Suite 304
San Francisco, CA  94109
Phone: (415) 775-9700
Fax:    (415) 775-2507

ANTHONY P. X. BOTHWELL, (SBN 200740)
LAW OFFICES OF ANTHONY P. X. BOTHWELL
350 Bay Street – Suite 100PMB314
San Francisco, CA  94133-1947
Phone: (415) 370-9571
Fax:    (415) 362-5469

Attorneys for Plaintiffs Turan Ramadan and
Patricia Ramadan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TURAN RAMADAN; PATRICIA RAMADAN, | ) ) ) | Case No. C 06-1804 MHP |
|---|---|---|
| Plaintiffs, | ) ) ) | **STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | ) ) ) | |
| CITY OF NAPA; PHIL BRUN; MICHAEL O'BRYON; DOES 1-100, | ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between Plaintiffs Turan Ramadan and Patricia Ramadan and Defendants City of Napa, Phil Brun and Michael O'Bryon, through their undersigned counsel, that Defendants' time to respond to the complaint filed by Turan Ramadan and Patricia in



1  this case shall be extended to April 24, 2006.  This is the first time in this action that Defendants

2  have requested additional time to file a responsive pleading.

3

4  DATED:  April 4, 2006                    McDONOUGH HOLLAND & ALLEN PC
                                            Attorneys at Law
5

6
                                            By:  ___/s/ Julie Raney_____
7                                                     JULIE RANEY

8                                            Attorneys for Defendants City of Napa, Phil Brun, and
                                             Michael O'Bryon
9

10

11 DATED:  April 6, 2006                    HASSAN LAW FIRM

12
                                            By:  ___/s/ Rey Hassan_____
13                                                    REY HASSAN

14                                           Attorneys for Plaintiffs Turan Ramadan and Patricia
                                             Ramadan
15

16

17 DATED:  April 6, 2006                    LAW OFFICES OF ANTHONY P. X. BOTHWELL

18
                                            By:  ___/s/ Anthony P. X. Bothwell_____
19                                                  ANTHONY P. X. BOTHWELL

20                                           Attorneys for Plaintiffs Turan Ramadan and Patricia
                                             Ramadan
21

22

23                                           IT IS SO ORDERED

24

25

26                                           Judge Marilyn H. Patel

27

28



STIP. FOR AN EXT. OF TIME FOR DEFS TO RESPOND TO COMPLAINT          913926v1 03733/0037