UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TURAN RAMADAN; PATRICIA RAMADAN
         Plaintiff(s),

v.

CITY OF NAPA, PHIL BRUN and MICHAEL O'BRYON
         Defendant(s).
_____/

CASE NO. C 06-1804 MHP

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☒ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: June ___, 2006

Dated: June 14, 2006

/s/ Rey Hassan
Attorney for Plaintiff
Rey Hassan

/s/ G. Richard Brown
Attorney for Defendant
G. Richard Brown

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: June 15, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

American LegalNet, Inc.
www.USCourtForms.com