UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TURAN RAMADAN AND PATRICIA RAMADAN,

        Plaintiffs,

  v.

CITY OF NAPA, PHIL BRUN, MICHAEL O'BRYON, and Does 1-100,

        Defendants.

No. C 06-01804 MHP

**ORDER**

At the May 21, 2007 hearing, the court announced its intention to order the parties to refrain from certain conduct that would interfere with the resolution of the instant action. The parties, unable to agree upon the scope of the order, submitted proposed orders to the court.

Therefore, IT IS HEREBY ORDERED that

1) Plaintiff Turan Ramadan is henceforth prohibited from initiating or engaging in any discussion of the instant action with defendants or their employees in the workplace.

2) Defendants City of Napa, Phil Brun and Michael O'Bryon shall not investigate any future claims brought against Turan Ramadan related to this suit except:

    a) Defendants are permitted to complete any pending investigations against Turan Ramadan. Should any pending investigation result in the issuance of a Notice of Intent to discipline, then any further proceedings are stayed until the resolution of defendant's motion for summary judgment. No hearing or disciplinary action shall take place until the court has issued its order on the summary judgment motion.

b) Defendants may investigate any future claims brought against Turan Ramadan unrelated to the instant action. Defendants are directed to bring to these matters to the court's attention for further proceedings consistent with this order.

3) Defendants are further prohibited from initiating or engaging in any discussion of the instant action with Turan Ramadan in the workplace except through formal discovery or in connection with the pending investigations as outlined above.

Any party in violation of the court's order will be deemed in contempt of court.

Dated: May 30, 2007

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California